**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOVANNI G. WHYTE,

        Plaintiff,

                                          **JUDGMENT**
   - against -                          CV 20-240 (JMA)(AYS)

SUFFOLK COUNTY,

        Defendant.
-----------------------------------------------------------X

     An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on May 22, 2020, dismissing the complaint pursuant to Federal Rule of Civil Procedure 41(b), denying *in forma pauperis* status for the purpose of any appeal, and directing the Clerk of the Court to enter judgment and close this case, it is

     **ORDERED AND ADJUDGED** that plaintiff Jovanni G. Whyte take nothing of defendant Suffolk County; that the complaint is dismissed pursuant to Federal Rule of Civil Procedure 41(b); that *in forma pauperis* status for the purpose of any appeal is denied; and that this case is closed.

Dated:  May 26, 2020
        Central Islip, New York

                                       DOUGLAS C. PALMER
                                       CLERK OF THE COURT
                        BY:   /S/ JAMES J. TORITTO
                                         DEPUTY CLERK